

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-17-00776-CV

Joshua Douglas **BONINE**,
Appellant

v.

Jessica K. **BONINE**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-11926
Honorable Stephani A. Walsh, Judge Presiding

PER CURIAM

Sitting:    Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice

Delivered and Filed:  March 14, 2018

DISMISSED

Appellant Joshua Douglas Bonine filed a motion to dismiss this appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Appellant states he no longer wishes to prosecute this appeal, and he asks this court to dismiss the appeal.  The motion was served on Appellee Jessica K. Bonine, but she has not filed a response.

We grant Appellant's motion and dismiss this appeal.  *See id.* R. 42.1(a)(1).

PER CURIAM